# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC JOSE RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK CARTER, *et al.*,<br><br>Defendants. | Case No. CV 16-04521 JFW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing this action without prejudice.

DATED: July 7, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE