# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC JOSE RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DERRICK CARTER, *et al.*,<br><br>    Defendants. | Case No. CV 17-04521 JFW (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: July 7, 2017

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE